

# MEMORANDUM

| | |
|---|---|
| To: | Honorable Mark L. Wolf<br>Sr. U.S. District Judge |
| From: | Brett Wingard<br>U.S. Probation Officer |
| Re: | **Lawrence Auch (Dkt.96-CR-10199)**<br>**Inability to Pay Restitution** |
| Date: | February 6, 2014 |

This memorandum serves as notification that the above-named defendant is unable to pay his restitution at this time.

It is the responsibility of the supervising probation officer to notify the Court of a defendant's inability to pay financial obligations ordered by the Court at the time of sentencing.

At present, the balance of Mr. Auch's restitution is $134,230.35. A recent review of the supervised releasee's financial situation was made, and it was determined that the defendant is unable to provide monetary funds toward his restitution at this time until his work situation improves. Periodic reviews of the supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

Reviewed & Approved by:

/s/ Joseph LaFratta
Supervising U.S. Probation Officer

Payment Schedule is Approved:

Honorable Mark L. Wolf
Sr. U.S. District Judge
Date: _[signature]_

April 16, 2014